■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY TWITTY, Appellant. [801 NYS2d 904]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 29, 1996 (*People v Twitty*, 223 AD2d 744 [1996]), affirming a judgment of the County Court, Westchester County, rendered September 7, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Ritter, JJ., concur.